FILED'08 OCT 28 09:35USDC-ORE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

MICHELLE LYNN ROACH,

**Plaintiff,**

v.

**Civil No. 08-6328-TC**

COMMISSIONER of Social Security,

**Defendant.**

## JUDGMENT

This action is dismissed with prejudice and without costs of fees to either party.

Dated: October 28, 2008.

Sheryl S. McConnell, Clerk

by *Christine Weller*

Christine Weller, Deputy

**JUDGMENT**                    **DOCUMENT NO:** _____